# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

DAVID LOVELL, as Personal Representative of the Estate of Chase Lovell

v.

County of Kalamazoo, Deputy Rebecca Dow, Deputy Brett Boven, Deputy Thomas Jelsomeno, Deputy Chris Zywicki, Sergeant Heather Mitcavish, Lindsey O'Neil and Integrated Services of Kalamazoo

Case No. 1:22-cv-00567
Hon.

TO: Deputy Brett Boven
ADDRESS:

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Jonathan R. Marko (P72450)
MARKO LAW, PLLC
1300 Broadway Street, Fifth Floor
Detroit, MI 48226

CLERK OF COURT

By: Deputy Clerk     Date

---

## PROOF OF SERVICE

This summons for __Deputy Brett Boven__ (name of individual and title, if any) was received by me on _____ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

DAVID LOVELL, as Personal Representative of the Estate of Chase Lovell

v.

County of Kalamazoo, Deputy Rebecca Dow, Deputy Brett Boven, Deputy Thomas Jelsomeno, Deputy Chris Zywicki, Sergeant Heather Mitcavish, Lindsey O'Neil and Integrated Services of Kalamazoo

Case No. 1:22-cv-00567
Hon.

TO: Deputy Rebecca Dow
ADDRESS:

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Jonathan R. Marko (P72450)
MARKO LAW, PLLC
1300 Broadway Street, Fifth Floor
Detroit, MI 48226

CLERK OF COURT

By: Deputy Clerk         Date

## PROOF OF SERVICE

This summons for ___Deputy Rebecca Dow___ was received by me on _____.
(name of individual and title, if any)                                         (date)

☐ I personally served the summons on the individual at _____
on _____.                                                    (place where served)
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                       (date)

☐ I served the summons on _____, who is designated by law to accept service
                           (name of individual)
of process on behalf of _____ on _____.
                       (name of organization)              (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____                    _____
                                         Server's signature

Additional information regarding attempted service, etc.:
                                         _____
                                         Server's printed name and title

                                         _____
                                         Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

DAVID LOVELL, as Personal Representative of the Estate of Chase Lovell

v.

County of Kalamazoo, Deputy Rebecca Dow, Deputy Brett Boven, Deputy Thomas Jelsomeno, Deputy Chris Zywicki, Sergeant Heather Mitcavish, Lindsey O'Neil and Integrated Services of Kalamazoo

Case No. 1:22-cv-00567
Hon.

TO: Integrated Services of Kalamazoo
ADDRESS:

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Jonathan R. Marko (P72450)
MARKO LAW, PLLC
1300 Broadway Street, Fifth Floor
Detroit, MI 48226

CLERK OF COURT

By: Deputy Clerk      Date

---

## PROOF OF SERVICE

This summons for ____Integrated Services of Kalamazoo____ was received by me on _____.
(name of individual and title, if any)                                                          (date)

☐ I personally served the summons on the individual at _____
                                                        (place where served)
on _____.
    (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                     (date)

☐ I served the summons on _____, who is designated by law to accept service
                          (name of individual)
of process on behalf of _____ on _____.
                        (name of organization)                (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

Server's signature

Additional information regarding attempted service, etc.:

Server's printed name and title

Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

DAVID LOVELL, as Personal Representative of the Estate of Chase Lovell

v.

County of Kalamazoo, Deputy Rebecca Dow, Deputy Brett Boven, Deputy Thomas Jelsomeno, Deputy Chris Zywicki, Sergeant Heather Mitcavish, Lindsey O'Neil and Integrated Services of Kalamazoo

Case No. 1:22-cv-00567
Hon.

TO: Deputy Thomas Jelsomeno
ADDRESS:

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Jonathan R. Marko (P72450)
MARKO LAW, PLLC
1300 Broadway Street, Fifth Floor
Detroit, MI 48226

CLERK OF COURT

By: Deputy Clerk     Date

## PROOF OF SERVICE

This summons for _____Deputy Thomas Jelsomeno_____ was received by me on _____.
(name of individual and title, if any)     (date)

☐ I personally served the summons on the individual at _____
on _____.
(date)     (place where served)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization)     (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____
    *Server's signature*

Additional information regarding attempted service, etc.:
    *Server's printed name and title*

    *Server's address*

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

DAVID LOVELL, as Personal Representative of the Estate of Chase Lovell

v.

County of Kalamazoo, Deputy Rebecca Dow, Deputy Brett Boven, Deputy Thomas Jelsomeno, Deputy Chris Zywicki, Sergeant Heather Mitcavish, Lindsey O'Neil and Integrated Services of Kalamazoo

Case No. 1:22-cv-00567
Hon.

TO: County of Kalamazoo
ADDRESS:

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Jonathan R. Marko (P72450)
MARKO LAW, PLLC
1300 Broadway Street, Fifth Floor
Detroit, MI 48226

CLERK OF COURT

By: Deputy Clerk                                    Date

## PROOF OF SERVICE

This summons for _____County of Kalamazoo_____ was received by me on _____.
(name of individual and title, if any)                                                           (date)

☐ I personally served the summons on the individual at _____
                                                          (place where served)
on _____.
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                  (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                                (name of individual)
of process on behalf of _____ on _____.
                          (name of organization)                    (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

                                                    _____
                                                          Server's signature

Additional information regarding attempted service, etc.:
                                                    _____
                                                       Server's printed name and title

                                                    _____
                                                          Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

DAVID LOVELL, as Personal Representative of the Estate of Chase Lovell

v.

County of Kalamazoo, Deputy Rebecca Dow, Deputy Brett Boven, Deputy Thomas Jelsomeno, Deputy Chris Zywicki, Sergeant Heather Mitcavish, Lindsey O'Neil and Integrated Services of Kalamazoo

Case No. 1:22-cv-00567
Hon.

TO: Sergeant Heather Mitcavish
ADDRESS:

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Jonathan R. Marko (P72450)
MARKO LAW, PLLC
1300 Broadway Street, Fifth Floor
Detroit, MI 48226

CLERK OF COURT

By: Deputy Clerk          Date

## PROOF OF SERVICE

This summons for __Sergeant Heather Mitcavish__ was received by me on _____.
(name of individual and title, if any)   (date)

☐ I personally served the summons on the individual at _____
on _____.                                         (place where served)
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                       (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                           (name of organization)              (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

                                                   _____
                                                   *Server's signature*

Additional information regarding attempted service, etc.:
                                                   _____
                                                   *Server's printed name and title*

                                                   _____
                                                   *Server's address*

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

DAVID LOVELL, as Personal Representative of the Estate of Chase Lovell

v.

County of Kalamazoo, Deputy Rebecca Dow, Deputy Brett Boven, Deputy Thomas Jelsomeno, Deputy Chris Zywicki, Sergeant Heather Mitcavish, Lindsey O'Neil and Integrated Services of Kalamazoo

Case No. 1:22-cv-00567
Hon.

TO: Lindsey O'Neil
ADDRESS:

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Jonathan R. Marko (P72450)
MARKO LAW, PLLC
1300 Broadway Street, Fifth Floor
Detroit, MI 48226

CLERK OF COURT

By: Deputy Clerk _____ Date _____

## PROOF OF SERVICE

This summons for __Lindsey O'Neil__ (name of individual and title, if any) was received by me on _____ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_Server's signature_

Additional information regarding attempted service, etc.:

_Server's printed name and title_

_Server's address_

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

DAVID LOVELL, as Personal Representative of the Estate of Chase Lovell

v.

County of Kalamazoo, Deputy Rebecca Dow, Deputy Brett Boven, Deputy Thomas Jelsomeno, Deputy Chris Zywicki, Sergeant Heather Mitcavish, Lindsey O'Neil and Integrated Services of Kalamazoo

Case No. 1:22-cv-00567
Hon.

TO: Deputy Chris Zywicki
ADDRESS:

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Jonathan R. Marko (P72450)
MARKO LAW, PLLC
1300 Broadway Street, Fifth Floor
Detroit, MI  48226

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
P.O. Box 698, 330 Federal Building, Marquette, MI  49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
113 Federal Building, 315 W. Allegan, Lansing, MI  48933

CLERK OF COURT

By: Deputy Clerk                                                                    Date

## PROOF OF SERVICE

This summons for _____Deputy Chris Zywicki_____ was received by me on _____.
(name of individual and title, if any)                                               (date)

☐ I personally served the summons on the individual at _____
on _____.                                                            (place where served)
      (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                    (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                                  (name of individual)
of process on behalf of _____ on _____.
                              (name of organization)                     (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____                              _____
                                                         *Server's signature*

Additional information regarding attempted service, etc.:
                                                         _____
                                                         *Server's printed name and title*

                                                         _____
                                                         *Server's address*